

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Michael Stoglin,

Vs. No. 11-18-00329-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-17-1911-CR.

\* April 4, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Michael Stoglin's motion to dismiss this appeal and concludes that the motion should be granted.  Therefore, in accordance with this court's opinion, the appeal is dismissed.